UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANNE Y. ARNE,

                                Plaintiff,                          **ORDER**

            - against -                                            19 Civ. 240 (NSR)

GENERAL MOTORS FINANCIAL COMPANY
and NEW YORK COLLATERAL RECOVERY
CORPORATION,

                                Defendants.

-------------------------------------------------------------X

Román, D.J.:

       The Court having been advised that all claims asserted herein have been settled, it

is

       ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within thirty

(30) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:       White Plains, New York
             February 3, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|3|2020

                                                    _____
                                                    Nelson S. Román, U.S.D.J.